UNITED STATES DISTRICT COURT          21 MC 102 (AKH)
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER
SITE LITIGATION

MANUEL IDROVO                                    DOCKET NUMBER:  (AKH) 07CV01628

                              Plaintiff,

        -against-                                NOTICE OF ADOPTION OF
                                                 ANSWER TO MASTER COMPLAINT OF
                                                 BELFOR USA GROUP, INC.
BELFOR USA GROUP, INC., et al.
                              Defendants.

        Defendant, Belfor USA Group, Inc. ("Belfor"), hereby adopts as its Answer in the instant

case its Answer and Defenses to Plaintiffs' Master Complaint in this litigation which were filed

and served on August 3, 2007.  In accordance with Case Management Order No. 4, the

allegations of the instant Check-Off Complaint are deemed to be denied.  By way of further

answer, Belfor also incorporates by reference all averments and denials of its Answer and

Defenses to the Master Complaint as though same were more fully set forth herein at length.

Dated:  New York, New York
        September 13 , 2007

                                        COZEN O'CONNOR

                                        By:_____
                                            James F. Desmond, Jr., Esquire (JD-8941)
                                             45 Broadway Atrium, Suite 1600
                                            New York, New York 10006
                                            (212) 509-9400
                                            Attorneys for Defendant
                                            Belfor USA Group, Inc.

OF COUNSEL:
Thomas R. Harrington
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
(215) 665-2706

## CERTIFICATE OF SERVICE

I, JAMES F. DESMOND, JR., hereby certify that a true and correct copy of Defendant

Belfor USA Group, Inc.'s Notice of Adoption of Answer and Defenses to Master Complaint was

served this __13__ of September, 2007, via ECF upon the following:

Gregory J. Cannata, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York  10279

Robert Grochow, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York  10279

Christopher R. LoPalo, Esquire
Worby Groner Edelman & Napoli Bern, LLP
115 Broadway – 12th Floor
New York, New York  10006

Richard Williamson, Esquire
Fleming Zulack Williamson Zauder, LLP
One Liberty Plaza
New York, New York 10006

James Tyrell, Esquire
Patton Boggs, L.L.P.
One Riverfront Plaza, 6th Floor
Newark, N.J. 07102

Andrew Carboy, Esquire
Sullivan, Papain, Block,
McGrath & Cannavo, P.C.
120 Broadway
New York, NY 10271

Peter Wies, Esquire
The City of New York Law Department
World Trade Center Unit
100 Church Street
New York, NY  10007

James F. Desmond, Jr.