AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
)ss.:
COUNTY OF NEW YORK)

LORI A. SPECIALE, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside in Staten Island, New York.

That on October 1, 2007 a true copy of the annexed NOTICE OF ADOPTION was served in the following manner:

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

ROBERT GROCHOW, P.C.
Attorneys for Plaintiffs
233 Broadway – 5th Floor
New York, New York  10279

LAW OFFICES OF GREGORY J. CANNATA
Attorneys for Plaintiffs
233 Broadway – 5th Floor
New York, New York  10279

WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York  10006
(212) 267-3700

PATTON BOGGS, P.C.
Defense Liaison Attorney
1 Riverfront Plaza – 6th Floor
Newark, New Jersey  07102
Attention:  Amer S. Pharaon

_____
LORI A. SPECIALE

Sworn to before me this
1st day of October, 2007

_____
Rosemary A. Costa
Commissioner of Deeds
City of New York Number: 5-1562
Certificate Filed in New York County
Commission Expires Aug 01, 20 22