Robert J. Cosgrove (RC 8917)
Cheryl D. Fuchs (CF 1116)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Attorneys for Defendant: New York University

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                      21 MC 102 (AKH)
                                                        07CV1628 (AKH)

------------------------------------------------------------------------ X

MANUEL IDROVO,

                               Plaintiff,                **NOTICE OF THE
                                                         NEW YORK
-against-                                                UNIVERSITY'S
                                                         ADOPTION OF
                                                         ANSWER TO
NEW YORK UNIVERSITY,                                     MASTER
                                                         COMPLAINT**
                               Defendant.

------------------------------------------------------------------------ X


        PLEASE TAKE NOTICE THAT defendant NEW YORK UNIVERSITY, as and

for its responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) Related to the Master Complaint filed in the above-referenced action,

hereby adopts the NYU Defendants' Answer to Master Complaint, dated August 3,

2007, that was filed in the matter of *In re World Trade Center Lower Manhattan*

*Disaster Site Litigation*, 21 MC 102 (AKH).

        WHEREFORE, the NEW YORK UNIVERSITY demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements.

Dated:  New York, New York
          February 1, 2008

                     WADE CLARK MULCAHY

                     /s/

                     _____

                     By: Robert J. Cosgrove (RC 8917)
                     Cheryl D. Fuchs (CF 1116)
                     Attorneys for NYU Defendants
                     111 Broadway, 9th Floor
                     New York, New York 10006
                     (212) 267-1900

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss:

Sibil Miranda, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on February 1, 2008, deponent served the within **Notice of NYU Defendants' Adoption of Answer to Master Complaint** upon the attorneys and parties listed below by electronic filing:

TO:

Gregory J. Cannata, Esq.
THE LAW FIRM OF GREGORY J.
CANNATA
Plaintiffs's Liaison Counsel
233 Broadway
New York, NY 10279

Robert Grochow, Esq.
ROBERT A. GROCHOW, P.C.
Plaintiffs's Liaison Counsel
233 Broadway
New York, NY 10279

David Worby, Esq.
WORBY GRONER EDELMAN &
NAPOLI BERN, LLP
Plaintiffs's Liaison Counsel
115 Broadway
New York, NY 10006

James E. Tyrrell, Jr., Esq.
PATTON BOGGS LLP
Defendants' Liasion Counsel
The Legal Center
One Riverfront Plaza
Newark, NJ  07102

Richard Williamson, Esq.
FLEMMING ZULACK WILLIAMSON
ZAUDERER, LLP
Defendants' Liaison Counsel
One Liberty Plaza
New York, NY 10006

WILSON ELSER, ET AL
Attorneys for Battery Park City Authority
3 Gannett Drive
White Plains, NY 10604

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead Development,
LLC
20 West Main Street
Bay Shore, NY 11706

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead 110 Development,
LLC
20 West Main Street
Bay Shore, NY 11706

DICKSTEIN    SHAPIRO    MORIN    &
OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037

                                                              /s/

                                                              _____
                                                              Sibil Miranda

Sworn to before me this
1st day of February 2008

/s/

_____
Notary Public